**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALFREDO REYES-VERASTICA, | No. 09-70887 |
| Petitioner, | Agency No. A092-519-090 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
former Legalization Appeals Unit

Submitted March 8, 2011[**]

Before:     FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

Alfredo Reyes-Verastica, a native and citizen of Mexico, petitions for review

of the former Legalization Appeals Unit's ("LAU") order dismissing his appeal

from the denial of his application for temporary resident status as a Special

Agricultural Worker ("SAW").  We have jurisdiction under 8 U.S.C. §§ 1160(e)(3)

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and 1252. Reviewing for abuse of discretion, *Perez-Martin v. Ashcroft*, 394 F.3d 752, 758 (9th Cir. 2005), we deny the petition for review.

The LAU did not abuse its discretion in dismissing Reyes-Verastica's SAW appeal where he provided insufficient evidence to establish that he performed qualifying agricultural work during the statutory time period. *See id.* at 759-60 (to overcome derogatory government evidence, SAW applicant must provide sufficient evidence to show qualifying employment "as a matter of just and reasonable inference") (quoting 8 U.S.C. § 1160(b)(3)(B)(iii)).

**PETITION FOR REVIEW DENIED.**